**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 4, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00226-CV

## IN RE METROPOLITAN WATER COMPANY, L.P. AND MET WATER VISTA RODGE, L.P., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 37412**

## MEMORANDUM OPINION

On March 30, 2022, relators Metropolitan Water Company, L.P. and Met Water Vista Rodge, L.P., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Carson Campbell, presiding judge of the 21st District Court of Washington County, to set aside his March 25, 2022 order directing relators to produce electronic storage devices for forensic imaging and discovery.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also lift our stay order entered on March 30, 2022 and clarification order entered on April 1, 2022.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.